# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **ROBERT M. SHAW** | § | |
| | § | |
| **V.** | § | Case No. 1:10-CV-25 |
| | § | |
| **WRIGHT-PATT CREDIT UNION, INC.** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on January 19, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant both plaintiff's motion to dismiss announcing settlement and defendant's motion for joinder in plaintiff's motion to dismiss, and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**, and plaintiff's motion to dismiss [Docket No. 6], and defendant's motion for joinder in plaintiff's motion to dismiss [Docket No. 4] are **GRANTED**. It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

Final Judgment will be entered separately.

So **ORDERED** and **SIGNED** this **16** day of **April, 2010.**

_____
Ron Clark, United States District Judge